

# Fourth Court of Appeals
## San Antonio, Texas

October 23, 2018

No. 04-18-00727-CV

**IN THE INTEREST OF K.M.J.**,

From the 288th Judicial District Court, Bexar County, Texas
Trial Court No. 2017-PA-02187
Honorable Martha Tanner, Judge Presiding

# O R D E R

Appellant Dad filed a notice of appeal challenging the trial court's "order rendered on September 25, 2018." The clerk's record shows the trial court's handwritten notes from that date, but a judge's notes "are not the kind of document[] that constitute[s] a judgment, decision or order from which an appeal may be taken," *see Goff v. Tuchscherer*, 627 S.W.2d 397, 398–99 (Tex. 1982); *In re Rivera*, No. 04-12-00025-CV, 2012 WL 219591, at *1 (Tex. App.—San Antonio Jan. 25, 2012, no pet.) (mem. op.) ("A copy of the judge's notes in place of an order is not sufficient."); *see also In re A.W.*, 384 S.W.3d 872, 873 (Tex. App.—San Antonio 2012, no pet.) ("[A] judge's notes are for his or her own convenience and form no part of the record.").

We ORDER Appellant to show cause in writing within TEN DAYS of the date of this order why this appeal should not be dismissed for want of jurisdiction. *See* TEX. R. APP. P. 42.3(a). If Appellant does not timely provide written proof as ordered, this appeal will be dismissed. *See id.*

All other appellate deadlines are SUSPENDED pending further order of this court.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 23rd day of October, 2018.

_____
KEITH E. HOTTLE,
Clerk of Court